# Court of Appeals
# of the State of Georgia

ATLANTA, December 07, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0639. DAVID SABBY v. THE STATE.**

David Sabby was convicted of incest and other crimes, and we affirmed his convictions on appeal in an unpublished opinion. *Sabby v. State*, Case No. A15A1105 (Nov. 20, 2015). Sabby later filed a motion to dismiss for lack of subject matter jurisdiction, alleging that his indictment was void. The trial court dismissed the motion, ruling that it was not an appropriate procedural mechanism for challenging the validity of his convictions. Sabby appeals.

As the Supreme Court has made clear, a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case," and an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because Sabby is not authorized to collaterally attack his convictions in this manner, this appeal is hereby DISMISSED. See id.; *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/07/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
, *Clerk.*